**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN 1 3 2026

KEVIN P. WEIMER, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Indictment |
| *v.* | No. **1:26CR- 21** |
| OWE MARTIN ANDRESEN | **UNDER SEAL** |

THE GRAND JURY CHARGES THAT:

## Background

1. "Virtual currency" is a term used to describe a digital representation of value, other than a representation of the U.S. dollar or a foreign currency, that functions as a unit of account, a store of value, and a medium of exchange.

2. "Cryptocurrency" is a type of virtual currency that uses cryptography to manage and secure transactions that are digitally recorded on a distributed ledger, such as a blockchain. Cryptocurrencies usually have no central issuing or regulating authority.

3. A "blockchain" is a term used to describe a distributed ledger that consists of a growing list of records, called blocks, that are securely linked together using cryptography. Blockchains are typically managed by a peer-to-peer computer network for use as a publicly distributed ledger, where nodes collectively adhere to a consensus algorithm protocol to add and validate new transaction blocks.

4. "Bitcoin" is a form of cryptocurrency that is exchanged through the collaboration of computers, each of which acts as a node in the peer-to-peer

bitcoin network and records bitcoin transactions through a publicly distributed ledger called the bitcoin blockchain. Bitcoin transactions are verified through cryptography, and conducting a bitcoin transaction requires using a series of public and private keys.

5. A "cryptocurrency wallet" or "wallet" is a blockchain address that can be accessed through the use of public and private keys. The individual that has the keys for a wallet or blockchain address has control over the value stored in that blockchain address.

6. The Onion Routing ("Tor") is a technology that allows individuals to access the internet with a high degree of anonymity by using "onion routing," which encrypts communications and transfers them through random relay servers to obfuscate the identity of the communications' sender. Tor hidden services are a technology that allows websites to offer services with a high degree of anonymity by, among other things, using onion routing. To access a Tor hidden services website, a user must connect to the website via Tor. Through Tor, the user and the website are able to connect without revealing their actual Internet Protocol addresses.

7. At all times relevant to this Indictment:

   a. Organization A was a payment service provider, headquartered in the Northern District of Georgia, that processes bitcoin and other forms of cryptocurrency for merchants. Organization A processes bitcoin payments in the Northern District of Georgia.

2

   b. Organization B was a silver and gold bullion dealer based in Hong Kong.

   c. Organization C was a silver and gold bullion dealer based in Canada.

**COUNTS ONE THROUGH SIX**
**International Concealment Money Laundering**
**18 U.S.C. § 1956(a)(2)(B)(i)**

8. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 1 through 7 of this Indictment as if fully set forth here.

9. Dream Market ("Dream") was an international dark web marketplace that operated as a Tor hidden service between 2013 and 2019. Dream provided an infrastructure for buyers and sellers to conduct illicit transactions online. Sellers created accounts to sell a variety of illegal items, such as controlled substances, hacked computer passwords, fraud services, and counterfeit consumer goods. Buyers could purchase those items, using bitcoin and other forms of cryptocurrency, via their accounts. Dream allowed buyers and sellers around the world to communicate and transact anonymously.

10. During Dream's operation, sellers of narcotics on Dream sold over 90 kilograms of heroin, 450 kilograms of cocaine, 25 kilograms of crack cocaine, 45 kilograms of methamphetamine, 13 kilograms of oxycodone, and 36 kilograms of fentanyl, all of which were controlled substances.

11. Dream was operated by administrators, who profited off commissions charged for every sale. During a sale, Dream would receive a buyer's cryptocurrency in a Dream wallet and then mix those proceeds with those of other Dream users before crediting the seller with cryptocurrency. Doing this helped conceal the payments from buyer to seller and commission payments to the administrators.

12. Dream ceased operating in or about April 2019. At that time, there were several cryptocurrency wallets associated with Dream (the "Dream Wallets").

13. Defendant OWE MARTIN ANDRESEN, who is a German national located outside the United States, had access to the Dream Wallets.

14. From in or about November 2022 to at least in or about December 2022, defendant ANDRESEN accessed Dream Wallets and transferred the funds into new, consolidated cryptocurrency wallets (the "Consolidated Wallets"), including those shown in the table below:

|  | Address |
| --- | --- |
| Consolidated Wallet 1 | Bitcoin address beginning with bc1q972x7uj. |
| Consolidated Wallet 2 | Bitcoin address beginning with bc1ql346ad5. |
| Consolidated Wallet 3 | Bitcoin address beginning with bc1qs2zkut2. |
| Consolidated Wallet 4 | Bitcoin address beginning with bc1qmkepe84. |

15. Then, through a series of transactions and attempted transactions in or about August 2023, defendant ANDRESEN used the services of Organization A,

4

based in the Northern District of Georgia, to purchase and attempt to purchase gold bars from Organization B and Organization C, using funds contained in the Consolidated Wallets. For the successful purchases of gold bars, defendant ANDRESEN arranged for the gold bars to be shipped to his home address in Germany. For the attempted purchases that failed, defendant ANDRESEN contacted employees of Organization A and asked for bitcoin refunds of the attempted purchases to new bitcoin wallets. Employees of Organization A then assisted defendant ANDRESEN with transferring the funds to the new bitcoin wallets.

16. On or about the dates set forth in Column A of the following table, in the Northern District of Georgia and elsewhere, the defendant, OWE MARTIN ANDRESEN, aided and abetted by others unknown to the Grand Jury, knowingly caused to be transported, transmitted, and transferred, and attempted to transport, transmit, and transfer the monetary instruments and funds described in Column B from a place in the United States to and through a place outside the United States, knowing that the monetary instruments and funds represented the proceeds of some form of unlawful activity, and knowing that such transportation, transmission and transfer was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of proceeds of specified unlawful activity, that is, the felonious manufacture, importation, receiving, concealment, buying, selling and otherwise dealing in a controlled substance punishable under a law of the United States:

| Count | A<br>Date | B<br>Transaction |
|---|---|---|
| 1 | August 3, 2023 | Attempt to transfer 0.234608 bitcoin (worth approximately $6,869) from Consolidated Wallet 4 to Organization B. |
| 2 | August 3, 2023 | Attempt to transfer 0.234105 bitcoin (worth approximately $6,874) from Consolidated Wallet 1 to Organization B. |
| 3 | August 3, 2023 | Transfer of 0.234379 bitcoin (worth approximately $6,784) from Consolidated Wallet 3 to Organization B. |
| 4 | August 4, 2023 | Transfer of 0.230094 bitcoin (worth approximately $6,647) from Consolidated Wallet 2 to Organization C. |
| 5 | August 7, 2023 | Refund transfer of 0.234608 bitcoin (worth approximately $6,811) from Consolidated Wallet 4 to new wallet with bitcoin address beginning with bc1qu4anxlw. |
| 6 | August 9, 2023 | Refund transfer of 0.234105 bitcoin (worth approximately $7,036) from Consolidated Wallet 1 to new wallet with bitcoin address beginning with bc1qwkdztz7. |

All in violation of Title 18, United States Code, Sections 1956(a)(2)(B)(i) and 2.

### COUNTS SEVEN THROUGH TWELVE
### Concealment Money Laundering
### 18 U.S.C. § 1956(a)(1)(B)(i)

17. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 1 through 7 and 9 through 15 of this Indictment as if fully set forth here.

18. On or about the dates set forth in Column A of the following table, in the Northern District of Georgia and elsewhere, the defendant, OWE MARTIN

ANDRESEN, aided and abetted by others unknown to the Grand Jury, did knowingly conduct and attempt to conduct the following financial transactions in and affecting interstate and foreign commerce described in Column B, each of which involved the proceeds of specified unlawful activity, that is, the felonious manufacture, importation, receiving, concealment, buying, selling and otherwise dealing in a controlled substance, punishable under a law of the United States, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, and knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity:

| | A | B |
|---|---|---|
| **Count** | **Date** | **Transaction** |
| 7 | August 3, 2023 | Attempt to transfer 0.234608 bitcoin (worth approximately $6,869) from Consolidated Wallet 4 to Organization B. |
| 8 | August 3, 2023 | Attempt to transfer 0.234105 bitcoin (worth approximately $6,874) from Consolidated Wallet 1 to Organization B. |
| 9 | August 3, 2023 | Transfer of 0.234379 bitcoin (worth approximately $6,784) from Consolidated Wallet 3 to Organization B. |
| 10 | August 4, 2023 | Transfer of 0.230094 bitcoin (worth approximately $6,647) from Consolidated Wallet 2 to Organization C. |

| Count | A<br>Date | B<br>Transaction |
|---|---|---|
| 11 | August 7, 2023 | Refund transfer of 0.234608 bitcoin (worth approximately $6,811) from Consolidated Wallet 4 to new wallet with bitcoin address beginning with bc1qu4anxlw. |
| 12 | August 9, 2023 | Refund transfer of 0.234105 bitcoin (worth approximately $7,036) from Consolidated Wallet 1 to new wallet with bitcoin address beginning with bc1qwkdztz7. |

All in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## FORFEITURE

19. Upon conviction of one or more of the offenses alleged in Counts One through Twelve of this Indictment, the defendant, OWE MARTIN ANDRESEN, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offenses, or any property traceable to such property, including, but not limited to, the following:

> MONEY JUDGMENT: A sum of money in United States currency, representing the amount of property obtained as a result of the offenses alleged in Counts One through Twelve of this Indictment.

20. If, as a result of any act or omission of the defendant, any property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

8

e.  has been commingled with other property which cannot be subdivided without difficulty,

the United States of America intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A _____ BILL

FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

*Bethany L. Rupert*
BETHANY L. RUPERT
*Assistant United States Attorney*
Georgia Bar No. 971630

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

9